# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| KEVIN JONES and JANET JONES, DOUGLAS COCHRANE, DONNA BAKER, and CATHERINE MARTIN, | ) ) ) ) | Case No. 1:20-cv-00511 |
| Plaintiffs, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | |
| LUBRIZOL ADVANCED MATERIALS, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kevin Jones, Janet Jones, Douglas Cochrane, Donna Baker, and Catherine Martin (collectively, "Plaintiffs") and Defendants Lubrizol Advanced Materials, Inc., The Lubrizol Corporation, Charlotte Pipe & Foundry Company, and Cresline Plastic Pipe Co., Inc. (collectively, "Defendants;" and, together with Plaintiffs, the "Parties"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of Plaintiffs' claims against Defendants. The Parties shall bear their own respective costs and attorneys' fees.

Dated: September 13, 2022          Respectfully submitted,

*/s/* Daniel R. Karon
Daniel R. Karon
Beau D. Hollowell
**KARON LLC**
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Email: dkaron@karonllc.com
              bhollowell@karonllc.com

Lawrence Deutsch
Jacob M. Polakoff
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: ldeutsch@bm.net
jpolakoff@bm.net

Charles J. LaDuca
Brendan S. Thompson
**CUNEO GILBERT & LaDUCA, LLP**
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Email:  charles@cuneolaw.com
brendant@cuneolaw.com

Robert K. Shelquist
Craig S. Davis
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Email:  rkshelquist@locklaw.com
csdavis@locklaw.com

*Attorneys for Plaintiffs*


 */s/* Jeffrey J. Lauderdale
JEFFREY J. LAUDERDALE (0074859)
NADA G. FADDOUL (0082718)
**The Lubrizol Corporation**
29400 Lakeland Boulevard
Wickliffe, Ohio 44092
Telephone: (440) 347-5753
Facsimile: (440) 347-2828
jeffrey.lauderdale@lubrizol.com
nada.faddoul@lubrizol.com

*Attorneys for Defendants The Lubrizol Corporation
and Lubrizol Advanced Materials, Inc.*

2

*/s/* Kip T. Bollin
Kip T. Bollin (0065275)
Kip.Bollin@ThompsonHine.com
**THOMPSON HINE LLP**
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Tel: (216) 566-5500; Fax (216) 566-5800

*Attorneys for Defendants Cresline Plastic Pipe Co.,*
*Inc. and Charlotte Pipe & Foundry Company*


*/s/* Bradley R. Kutrow
Bradley R. Kutrow (admitted *pro hac vice*)
bkutrow@mcguirewoods.com
R. Kent Warren (admitted *pro hac vice*)
kwarren@mcguirewoods.com
Abigail A. Golden (admitted *pro hac vice*)
agolden@mcguirewoods.com
**McGuireWoods LLP**
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 343-2000

*Attorneys for Defendant Charlotte Pipe and*
*Foundry Company*